UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ELVIN LAWRENCE KRIGSMAN,           :
                                                               Civil Action No. 05-2673 (RBK)
        Petitioner,       :

        v.                :     **ORDER**

FEDERAL BUREAU OF PRISONS,         :
et al.,
        Respondents.      :

    For the reasons set forth in the Opinion filed herewith,

IT IS on this __17th__ day of _____March_____, 2006,

    ORDERED that the Motion [4] to Dismiss is GRANTED; and it is further

    ORDERED that the Petition is DISMISSED AS MOOT; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                                  S/Robert B. Kugler
                                                  Robert B. Kugler
                                                  United States District Judge